Anna M. Martin (Bar No. 154279)
amartin@mmhllp.com
Tatiana Semerjian Nunneri (Bar No. 300493)
tnunneri@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone:  (213) 620-0300
Facsimile:  (213) 625-1930

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA PARTIDA,<br><br>    Plaintiff,<br><br>  vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; VANTAGE BENEFITS ADMINISTRATOR, INC., and DOES 1 to 10, Inclusive,<br><br>    Defendants. | Case No. 2:17-cv-07691 GW (AGRx)<br><br>**STIPULATION TO DISMISS VANTAGE BENEFITS ADMINISTRATOR, INC.**<br><br>Hon.: George H. Wu<br><br>Complaint Filed:   October 20, 2017 |

   IT IS HEREBY STIPULATED by and between Plaintiff ALMA PARTIDA ("Plaintiff") and Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA ("Unum Life"), by and through their respective counsel, as follows:

   1.   The Parties agree that this case is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. Section 1001, *et seq*.

   2.   Unum Life has confirmed that the VANTAGE BENEFITS ADMINISTRATOR, INC. Long Term Disability Plan (the "Plan") is fully insured under the policy at issue to insure the benefits for the time period at issue in this case.

   3.   In consideration for this Stipulation, Unum Life acknowledges and agrees that it will be responsible for any judgment relating to disability benefits

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

159963.1

1

Case No.  2:17-cv-07691 GW (AGRx)
STIPULATION TO DISMISS VANTAGE
BENEFITS ADMINISTRATOR, INC.

under the Plan, and attorney fees, if awarded, as they relate to Plaintiff based on the allegations made in the Complaint against Unum Life in the above-entitled action.

4. The Parties therefore stipulate and request that Defendant VANTAGE BENEFITS ADMINISTRATOR, INC. be dismissed without prejudice, pursuant to Rule 41(a)(1)(A)(ii), with the Parties to bear their own attorney fees and costs directly related to the instant Stipulation and the dismissal of VANTAGE BENEFITS ADMINISTRATOR, INC. Unum Life shall remain the only named defendant.

**IT IS SO STIPULATED.**

Dated: November 28, 2017

Kevin M. Zietz
LAW OFFICES OF KEVIN M. ZIETZ, PC

By: */s/ Kevin M. Zietz*
Kevin M. Zietz
Attorneys for Plaintiff
ALMA PARTIDA

Dated: November 28, 2017

Anna Martin
Tatiana Semerjian Nunneri
MESERVE, MUMPER & HUGHES LLP

By: *Tatiana Semerjian Nunneri*
Tatiana Semerjian Nunneri
Attorneys for Defendant
UNUM LIFE INSURANCE
COMPANY OF AMERICA

**ECF CERTIFICATION**

The filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to this document.

LAW OFFICES MESERVE, MUMPER & HUGHES LLP

159963.1

2

Case No. 2:17-cv-07691 GW (AGRx)
STIPULATION TO DISMISS VANTAGE BENEFITS ADMINISTRATOR, INC.