TERM PTYS/NO JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALMA PARTIDA,<br><br>    Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; VANTAGE BENEFITS ADMINISTRATOR, INC., and DOES 1 to 10, Inclusive,<br><br>    Defendants. | Case No. CV 17-7691-GW(AGRx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS VANTAGE BENEFITS ADMINISTRATOR, INC.**<br><br>Hon.: George H. Wu<br><br>Complaint Filed: October 20, 2017 |

IT IS HEREBY ORDERED that Defendant VANTAGE BENEFITS ADMINISTRATOR, INC. be dismissed from this action without prejudice, with the Parties to bear their own attorneys' fees and costs directly related to the instant Stipulation To Dismiss VANTAGE BENEFITS ADMINISTRATOR, INC. UNUM LIFE INSURANCE COMPANY OF AMERICA shall remain the only named defendant in this action.

**IT IS SO ORDERED.**

Dated: November 30, 2017

_____
GEORGE H. WU, U.S. District Judge

1

0.0